UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 19689
   KELLY M KURZINSKI
                                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK

            Debtor
   SSN XXX-XX-0045


------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.   The case was filed on 10/23/07 and confirmed on 02/13/08.

   2.   The case was dismissed after confirmation, 08/22/2008.

   3.   The Debtor paid a total of $   2200.00 .

   4.   The Trustee made disbursements to creditors as follows:

------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| HOMEQ SERVICING CORP | CURRENT MORTG | .00 | .00 | .00 |
| HOMEQ SERVICING CORP | MORTGAGE ARRE | 23529.39 | .00 | .00 |
| LITTON LOAN SERVICING IN | SECURED | .00 | .00 | .00 |
| DAVID TAUSSIG & ASSOC IN | SECURED | 2700.00 | .00 | 739.98 |
| GRUNDY COUNTY COLLECTOR | SECURED | 2900.00 | .00 | .00 |
| GRUNDY COUNTY COLLECTOR | SECURED | .00 | .00 | .00 |
| PRAIRIE RIDGE TOWNHOUSE | SECURED | 1800.00 | .00 | 493.32 |
| EDWARD HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| TRIAD FINANCIAL CORP | UNSECURED | 9811.01 | .00 | .00 |

          Summary of disbursements:
------------------------------------------------------------------------------

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 30929.39 | .00 | 9811.01 | .00 | 40740.40 |
| PRINCIPAL PAID | 1233.30 | .00 | .00 | .00 | 1233.30 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 1233.30 | .00 | .00 | .00 | 1233.30 |

The Debtor's attorney, PATRICK A MESZAROS            , was allowed $   3500.00
and was paid $   1000.00  direct and $    839.11  through the plan.

The Trustee received $    127.59 .

Refunds to the Debtor totaled $        .00 .


     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



   Dated: 12/17/08                    /S/

GLENN STEARNS
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 07 B 19689 KELLY M KURZINSKI